UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY ROSS,

Plaintiff,

v.

JOY CAMPANELLI, et al.,

Defendants.

No. 2:26-cv-00942-DJC-CKD (PS)

ORDER

Plaintiff is proceeding in this action pro se and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On May 4, 2026, the Magistrate Judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.[1] Plaintiff has not filed objections. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

[1] Service of the findings and recommendations was attempted on plaintiff, but the mail was returned as undeliverable. It is plaintiff's duty to keep the court apprised of his address, and plaintiff has had ample time to do so. His last filing in this action was the complaint, filed on March 17, 2026.

Accordingly, IT IS HEREBY RECOMMENDED THAT:

1. The May 4, 2026 findings and recommendations (ECF No. 4) are adopted in full;
2. This action is dismissed for lack of jurisdiction; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE